```
                            United States Bankruptcy Court
                             Eastern District of New York
```

In re:                                                          Case No. 19-44421-ess
Helen Pardo De Figueroa                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: csmall            Page 1 of 1           Date Rcvd: Jul 19, 2019
                               Form ID: pdfdat        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db            +Helen Pardo De Figueroa,   108-24 41 Avenue,   Corona, NY 11368-2537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
        Marianne  DeRosa    Derosa@ch13mdr.com,  mderosa13@ecf.epiqsystems.com
        Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                                                                                                                                                                                                                                                                                                                  TOTAL: 2

**Fill in this information to identify the case:**

Debtor 1    Helen _____ Pardo De Figueroa
            First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern District of New York**

Case number (*If known*): 19-44421-ess

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☑ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

With the filing of the petition:  $ _____

|   | You must pay… | On or before this date… |
|---|---|---|
|   | $ _____ | _____ Month / day / year |
|   | $ _____ | _____ Month / day / year |
|   | $ _____ | _____ Month / day / year |
| + | $ _____ | _____ Month / day / year |
| **Total Due** | $ _____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

__July 19, 2019__    By the court:  **s/Elizabeth S. Stong** _____
Month / day / year                   United States Bankruptcy Judge