| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X | Hearing Date: Dec. 16, 2019<br>Time: 9:30 a.m. |
| In re<br><br>HELEN PARDO DE FIGUEROA<br>a/k/a Flora E. Claros<br>a/k/a Flora Calderon,<br><br>                Debtor.<br>---------------------------------------------------------X | <br><br><br><br>Case No. 19-44421-ess<br><br>Chapter 13 |

### RESPONSE TO MOTION TO DISMSS

Helen Pardo de Figueroa, by and through her attorneys Ortiz & Ortiz LLP, here by states as follows in response to the Ch. 13 Trustee's Motion to Dismiss:

1. The Debtor requests that the Court adjourn the Ch. 13 Trustee's motion to dismiss her case. The Court entered an order granting relief from the automatic stay to permit the Debtor and her primary creditor, her ex-husband, to attempt to address their issues in the state court. The effective date of the order is February 1st.

2. The Debtor has retained separate counsel to address the state court matter. I respectfully request and adjournment of the motion so that the Debtor can complete her attempt to resolve her dispute and ascertain whether a reorganization before the Court is viable.

WHEREFORE, the Debtor requests that the Court adjourn the motion or grant such other and further relief as deemed just.

Dated: Astoria, New York
       Dec. 13, 2019

                                                                      *S/Norma E. Ortiz*
                                                                      Norma E. Ortiz
                                                                       Ortiz & Ortiz, L.L.P.
                                                                       32-72 Steinway Street, Ste. 402
                                                                       Astoria, NY 11103
                                                                       Tel. (718) 522-1117

**Helen Pardo de Figueroa, Chapter 13**
Service List

| NAME | METHOD OF SERVICE | NAME | METHOD OF SERVICE |
|---|---|---|---|
| Modesto A. Claros<br>10 Burdge Drive<br>Middletown, NJ 07748 | Overnite | Usman Farooqui, Esq.<br>The Law Firm of Ryan Walsh & Associates<br>76-12 41st Avenue<br>Elmhurst, NY 11368<br>Email: ryan@rjwesq.net | Overnite and Email |
| Astoria Bank<br>One Corporate Drive<br>Suite 360<br>Lake Zurich, IL 60047 | Overnite | David A. Gallo & Associates, LL<br>99 Powerhouse Rd.<br>1st Floor<br>Roslyn Heights, NY 11577 | Overnite |
| Internal Revenue Service<br>Centralized Insolvency Op<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Overnite | NYS Dept of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | Overnite |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br>Email: mrdiscpc@discover.com | Overnite and Email | Marianne DeRosa<br>Office of the Chapter 13 Trustee<br>100 Jericho Quadrangle<br>Ste 127<br>Jericho, NY 11753<br>(516) 622-1340<br>Email: Derosa@ch13mdr.com | Overnight and Email |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>(212) 510-0500<br>Rachel.Wolf@usdoj.gov | Overnight and Email | | |