| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>IN RE:<br><br>HELEN PARDO DE FIGUEROA<br>AKA FLORA E CLAROS<br>AKA FLORA CALDERON,<br><br>          Debtor.<br>-----------------------------------------------------------X | tmd3574/nk<br>NOVEMBER 27, 2020<br>9:00AM<br><br>Chapter 13<br>Case No: 119-44421-ESS |

## NOTICE OF SETTLEMENT OF
## PROPOSED ORDER DISMISSING CASE

  SIRS/MESDAMES:

  PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on November 27, 2020, at 9:00AM.

  PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date: Jericho, New York
   October 9, 2020

                      s/*Marianne DeRosa*
                      MARIANNE DEROSA, CH 13 TRUSTEE
                      100 JERICHO QUADRANGLE, STE 127
                      JERICHO, NY 11753
                      (516) 622-1340

tmd3574/nk
THIS ORDER RELATES TO A
HEARING HELD ON
OCTOBER 5, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    Chapter 13
IN RE:                                                                          Case No. 119-44421-ESS

HELEN PARDO DE FIGUEROA
AKA FLORA E CLAROS
AKA FLORA CALDERON,
                                                                                      ORDER DISMISSING CASE
                          Debtor.
---------------------------------------------------------X

      UPON the written application of Marianne DeRosa, Chapter 13 Trustee, (the "Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c) and due notice of the aforesaid application having been given to all necessary parties; and

      WHEREAS, on October 5, 2020, the Trustee appeared in support thereof and Norma Ortiz, Esq. appeared on behalf of the Debtor; and

      WHEREAS, Debtor's Counsel indicated at the hearing there were no grounds in law or fact to oppose dismissal; and

      WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is accordingly

      ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c) of the Bankruptcy Code.

Dated: Brooklyn, NY
                , 2020

                                            Hon. Elizabeth S. Stong
                                            United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Chapter 13 Case No: 119-44421-ESS
IN RE

HELEN PARDO DE FIGUEROA
AKA FLORA E CLAROS
AKA FLORA CALDERON,

                                                                                       CERTIFICATE OF SERVICE
                                Debtor.
-----------------------------------------------------------X

        I, Nathan Z. Kaufman, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

HELEN PARDO DE FIGUEROA
108-24 41 AVENUE
CORONA, NY 11368

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

NORMA E. ORTIZ, ESQ., email@ortizandortiz.com
Modesto A. Claros c/o DAVID A. GALLO & ASSOCIATES LLP, rgoldstein@msgrb.com

Transmission times for electronic delivery are Eastern Time zone.

This October 9, 2020

s/ *Nathan Z. Kaufman*
Nathan Z. Kaufman, Staff Attorney
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Case 1-19-44421-ess    Doc 49    Filed 10/09/20    Entered 10/09/20 14:30:47

Index No: 119-44421-ESS
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

HELEN PARDO DE FIGUEROA
AKA FLORA E CLAROS
AKA FLORA CALDERON,

Debtor.

**NOTICE OF SETTLEMENT, ORDER DISMISSING CASE**
**and**
**CERTIFICATE OF SERVICE**

**MARIANNE DeROSA, TRUSTEE**
**100 JERICHO QUADRANGLE, STE 127**
**JERICHO, NY 11753**
**(516) 622-1340**